

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-29-1997

# Lambert v. Blackwell

Precedential or Non-Precedential:

Docket 97-1281,97-1283,97-1287

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"Lambert v. Blackwell" (1997). *1997 Decisions.* Paper 283.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/283

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

United States Court of Appeal For the Third Circuit


The following is the text of 5 orders which were entered in Lambert v. Blackwell, 3rd Cir. Nos. 97-1281, 97-1283 & 97-1287, on December 29, 1997:

August 6, 1997

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 97-1281, 97-1283 & 97-1287

LISA MICHELLE LAMBERT
v.
CHARLOTTE BLACKWELL, etc., et al., Appellants
(E.D. PA Civil No. 96-cv-06244 (SD))

Present: Mansmann, Greenberg & Alarcon, Circuit Judges

  1) Motion by Appellee Lisa Michelle Lambert to dismiss appeal,
     with memorandum in support.

  2) Response by Appellants Charlotte Blackwell, et al. in
     opposition to motion by Appellee Lisa Michelle Lambert to
     dismiss appeal, with memorandum in support.

  3) Copy of Court's Order dated June 5, 1997 referring the above
     to the merits panel.


Gayle Burr 597-1089
Case Manager    GAS


Listed on the Merits for Tuesday, October 21, 1997
O R D E R

The foregoing motion to dismiss the appeal is denied.

By the Court,
/s/ Carol Los Mansmann
Circuit Judge

Dated: December 29, 1997

August 6, 1997

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


Nos. 97-1281, 97-1283 and 97-1287

LISA MICHELLE LAMBERT
v.
CHARLOTTE BLACKWELL, etc., et al., Appellants
(E.D. PA Civil No. 96-cv-06244) (SD)


Present:  Mansmann, Greenberg & Alarcon, Circuit Judges


   1) Motion by Appellee Lisa Michelle Lambert to expand record to
      include portions of deposition testimony.

   2) Copy of Clerk's Order dated July 9, 1997 referring the above
      to the merits panel.

   3) Response by Appellants Charlotte Blackwell and Attorney General
      of Pennsylvania in opposition to motion by Appellee Lisa Michelle
      Lambert to expand record to include portions of deposition testimony.

   4) Motion by Appellee Lisa Michelle Lambert to strike footnote 2
      from Memorandum by Appellants Charlotte Blackwell and Attorney
      General of Pennsylvania in opposition to motion to expand record
      to include portions of deposition testimony.

   5) Response by Appellants Charlotte Blackwell and Attorney General
      of Pennsylvania in opposition to motion by Appellee Lisa Michelle
      Lambert to strike footnote 2 from Memorandum in opposition to motion
      to expand the record to include portions of deposition testimony.


Gayle Burr 597-1089
Case Manager    GAS

Listed on the Merits for Tuesday, October 21, 1997
O R D E R


The foregoing two motions are denied.

By the Court,


/s/ Carol Los Mansmann
Circuit Judge

Dated: December 29, 1997

August 6, 1997

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 97-1281, 97-1283 and 97-1287

LISA MICHELLE LAMBERT
v.
CHARLOTTE BLACKWELL, etc., et al., Appellants
(E.D. PA Civil No. 96-cv-06244) (SD)

Present:  Mansmann, Greenberg & Alarcon, Circuit Judges

    1) Motion by Appellants to file Volume 30 of the Appendix under seal.

    2) Copy of Clerk's order dated June 3, 1997, referring above motion to
       to the merits panel.

Gayle Burr 597-1089
Case Manager    GAS

Listed on the Merits for Tuesday, October 21, 1997
O R D E R

The foregoing motion is granted.

By the Court,

/s/ Carol Los Mansmann
Circuit Judge

Dated: December 29, 1997

August 6, 1997

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 97-1281, 97-1283 and 97-1287

LISA MICHELLE LAMBERT
v.
CHARLOTTE BLACKWELL, etc., et al., Appellants
(E.D. PA Civil No. 96-cv-06244) (SD)

Present:  Mansmann, Greenberg & Alarcon, Circuit Judges

  1) Joint Motion by the parties to lodge parts of the record
     on appeal which the Court deems necessary.

  2) Copy of Clerk's Order dated July 10, 1997 referring the above
     to the merits panel.

Gayle Burr 597-1089
Case Manager    GAS

Listed on the Merits for Tuesday, October 21, 1997
O R D E R

The foregoing motion is granted.

By the Court,

/s/ Carol Los Mansmann
Circuit Judge

Dated: December 29, 1997

August 6, 1997

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 97-1281, 97-1283 and 97-1287

LISA MICHELLE LAMBERT
v.
CHARLOTTE BLACKWELL, etc., et al., Appellants
(E.D. PA Civil No. 96-cv-06244) (SD)

Present: Mansmann, Greenberg & Alarcon, Circuit Judges

1) Motion by Pennsylvania District Attorneys Association to file brief
   as amicus curiae in support of appellant.

2) Copy of Court's Order dated June 6, 1997 referring the
   above to the merits panel.

Gayle Burr 597-1089
Case Manager    GAS

Listed on the Merits for Tuesday, October 21, 1997
O R D E R

The foregoing motion is granted.

By the Court,

/s/ Carol Los Mansmann
Circuit Judge

Dated: December 29, 1997